UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DAYSI HERNANDEZ, Individually, and On : 
Behalf of All Others Similarly Situated, :
: Case No.: 1:22-cv-10985
Plaintiff, :
vs. :
:
: **NOTICE OF VOLUNTARY DISMISSAL**
STEEL CITY COLLECTIBLES, INC., :
:
Defendant. :
:
:
---------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Daysi Hernandez hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Steel City Collectibles, Inc.

DATED:  March 3, 2023                **MIZRAHI KROUB LLP**


                                     /s/ William J. Downes
                                     WILLIAM J. DOWNES


                                     WILLIAM J. DOWNES
                                     225 Broadway, 39th Floor
                                     New York, NY  10007
                                     Telephone:  212/595-6200
                                     212/595-9700 (fax)
                                     wdownes@mizrahikroub.com

                                     *Attorneys for Plaintiff*